**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 97-40399
Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JOYCE EILEEN CRAIG,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court
for the Eastern District of Texas
(USDC No. 4:96-CR-15-ALL)**
_____

November 4, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

For this appeal from a conviction based upon a guilty plea, court-appointed counsel for Joyce Eileen Craig has filed a brief in support of a motion to withdraw, as required by **_Anders v. California_**, 386 U.S. 738 (1967). Craig, _pro se_, has filed a response to those papers, a motion for appointment of new counsel, and a motion for release pending appeal. Our review of counsel's brief, Craig's response, and the record does not reveal a

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue. Accordingly, counsel is excused from further responsibilities in this case and the appeal is **DISMISSED**. Craig's motions for appointment of new counsel and for release pending appeal are **DENIED**.